CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy

**FILED**
SEP 27 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - San Jose

In re:

**CUSHMAN CONSTRUCTION CO.**

Debtor(s)

Case No. **09-50909**

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $83.35. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 9 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | 83.35 | 83.35 |
|  | Total Unclaimed Dividends: |  | $83.35 |

Dated: September 26, 2011

CAROL W. WU, TRUSTEE